IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| YANGZHOU CIYANG CRAFT PRODUCTS CO., LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:25-cv-83 (RDA/IDD) |
| SHENGZHOU YUNENG TRADE DEPARTMENT, | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on U.S. Magistrate Judge Ivan D. Davis's Report and Recommendation ("Report") (Dkt. 68) as well as Plaintiff Yangzhou Ciyang Craft Products Co., Ltd.'s ("Plaintiff") Motion for Default Judgment against Defendant Shengzhou Yuneng Trade Department ("Defendant") (Dkt. 57). Judge Davis recommends that the Court grant Counts I and III of Plaintiff's Complaint. Dkt. 68 at 1. The deadline for submitting objections to the Report was September 4, 2026. To date, no objections have been filed.

After reviewing the record and Judge Davis's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 68). Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 57) is GRANTED in-part and DENIED in-part; and it is

FURTHER ORDERED that default judgment is ENTERED in favor of Plaintiff and against Defendant on Counts I and III and the Complaint; and it is

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Count II is DISMISSED; and it is

FURTHER ORDERED that the Court declares U.S. Patent No. D1,002,985 INVALID and UNENFORCEABLE; and it is

FURTHER ORDERED that Defendant is PERMANENTLY ENJOINED from asserting, reasserting, or causing to be asserted any claim of infringement based on the D985 Patent against Plaintiff or Plaintiff's products, whether through Amazon or any other ecommerce platform; and it is

FURTHER ORDERED that Defendant shall immediately and permanently withdraw all patent infringement complaints from Amazon based on Plaintiff's alleged infringement of the D985 Patent including, without limitation, Complaint ID Nos.: 16017256221 and 16057968101 (the "Amazon Complaints") which Defendant filed against Plaintiff's Amazon Standard Identification Numbers B0CMH98RDB, B0CT5BWK1H, 2 B0CT5F97ZW, and B0CT5B748J; and it is

FURTHER ORDERED that Plaintiff's $50,000 bond (Dkt. 20) posted pursuant to the Temporary Restraining Order (Dkt. 19) is DISCHARGED; and it is

FURTHER ORDERED that Plaintiff's request for dismissal of Defendant's counterclaims with prejudice, as part of default judgment against the Defendant, is DENIED; and it is

FURTHER ORDERED that Defendant is DIRECTED TO SHOW CAUSE why its counterclaims should not be dismissed for failure to prosecute. Defendant is hereby WARNED that failure to comply with the deadline will result in dismissal for failure to prosecute and failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

/s/ [signature]
Rossie D. Alston, Jr.
United States District Judge

Alexandria, Virginia
September 9, 2026